UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LLOYD E. ROSS,

Plaintiff,

v. Case No. 2:26-cv-2356-SPC-KRH

RICKY D. DIXON, et al.,

Defendants.

---

**ORDER**

This is a civil rights case brought pursuant to 42 U.S.C. § 1983 by Lloyd E. Ross, a Florida state prisoner acting *pro se*. The action will be dismissed without prejudice for want of prosecution.

Ross's complaint is dated July 27, 2026, and was docketed by the Clerk on August 3, 2026. (Doc. 1). His complaint was not accompanied by payment of the filing fee, *see* 28 U.S.C. § 1914, or an application to proceed *in forma pauperis*, *see* 28 U.S.C. § 1915. On August 17, 2026, the Court entered its Standing Order, which, among other things, directed Ross to (a) prepay the $405.00 filing fee or (b) file a motion for leave *in forma pauperis*, within 30 days of initiating the suit. (Doc. 2 at 2, ¶ 2). Ross has done neither, and the deadline for compliance has expired. Accordingly, this action will be dismissed for want of prosecution.

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED** without prejudice, for want of prosecution.
2. The Clerk is **DIRECTED** to enter judgment, term all pending motions, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 3, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-3
Copies: All Parties of Record